FILED
1/4/18 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Mark A. Sninsky,           ) | |
|    *Debtor*           ) | Case No. 17-25071-GLT |
|                                ) | Chapter 7 |
| Mark A. Sninsky,           ) | |
|    *Movant*           ) | Related to Dkt. No. 10 |
|                                ) | |
| No Respondents           ) | |

## **ORDER OF COURT**

AND NOW, to wit, this 4th day of January, 2018, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Mark A. Sninsky is hereby granted an extension until January 17, 2018 to file a completed Chapter 7 petition.

FURTHER ORDERED:

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 17-25071-GLT
Mark A. Sninsky                                                       Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil              Page 1 of 1             Date Rcvd: Jan 04, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2018.
db             +Mark A. Sninsky,    253 E James St.,    Munhall, PA 15120-2773

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2018 at the address(es) listed below:
      Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
       acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
      James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Jeffrey J. Sikirica    trusteesikirica@consolidated.net,    PA59@ecfcbis.com
      Kenneth M. Steinberg     on behalf of Debtor Mark A. Sninsky julie.steidl@steidl-steinberg.com,
       kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 6