**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark A. Sninsky** | Social Security number or ITIN **xxx–xx–0731** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter **7   12/20/17** |
| Case number: | **17–25071–GLT** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mark A. Sninsky | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 253 E James St.<br>Munhall, PA 15120 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth M. Steinberg<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower.<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email:  julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeffrey J. Sikirica<br>121 Northbrook Drive<br>Pine Township<br>Gibsonia, PA 15044 | Contact phone 724–625–2566<br><br>Email:  trusteesikirica@consolidated.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 | Hours open: Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. Contact phone 412–644–2700 Date: 1/18/18 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 20, 2018 at 02:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/23/18** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-25071-GLT
Mark A. Sninsky                                                         Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: bsil                   Page 1 of 2                  Date Rcvd: Jan 18, 2018
                               Form ID: 309A                Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2018.
db             +Mark A. Sninsky,    253 E James St.,    Munhall, PA 15120-2773
aty            +Allison L. Carr,    Bernstein-Burkley, PC,    Gulf Tower, Suite 2200,    707 Grant Street,
                 Pittsburgh, PA 15219-1945
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
tr             +Jeffrey J. Sikirica,    121 Northbrook Drive,    Pine Township,    Gibsonia, PA 15044-8983
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14748085        Bank of America,    1705 Corporate Drive,    Plano, TX 75024
14748086       +Capital Community Bank,    MDG Club USA Inc.,    3422 Old Capita Trail PMB 1993,
                 Wilmington, DE 19808-6124
14748087        Capital One,    PO Box 302811,    Salt Lake City, UT 84130
14748091       +City Bank,    2365 Northside Drive,    Suite 300,    San Diego, CA 92108-2709
14748093       +Darlene Sninsky,    3 Shorttop Street,    Finleyville, PA 15332-9406
14748096      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    38 Towntain Square Plaza,
                 Cincinnati, OH 45263)
14748097       +GE Capital Bank,    120 Corporate Blvd.,    Suite 100,    Norfolk, VA 23502-4952
14748101       +Nora Viggiano, Esq.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14748102       +Peoples Natural Gas,    1 Galleria Tower,    13355 Noel Rd.,    Dallas, TX 75240-6602
14748104      ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,    SUITE 301,    LIBERTYVILLE IL 60048-5339
                (address filed with court: Snap on Credit,    950 Technology Way,    Suite 301,
                 Libertyville, IL 60048)
14748105       +South Jersey Credit Union,    PO Box 5530,    Woodbury, NJ 08096-0530
14748106       +Sterling Jewlers,    120 Corporate Blvd. Suite 100,    Norfolk, VA 23502-4952

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: julie.steidl@steidl-steinberg.com Jan 19 2018 01:42:08      Kenneth M. Steinberg,
                 Steidl & Steinberg,    Suite 2830 Gulf Tower.,    707 Grant Street,    Pittsburgh, PA 15219
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 19 2018 01:42:34      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 19 2018 01:42:46
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +E-mail/Text: kburkley@bernsteinlaw.com Jan 19 2018 01:43:17      Duquesne Light Company,
                 c/o Allison Carr,    707 Grant Street,    Suite 2200,    Pittsburgh, PA 15219-1945
14748088       +EDI: CAPITALONE.COM Jan 19 2018 01:38:00      Capital One,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
14748089       +EDI: CHASE.COM Jan 19 2018 01:38:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
14748092       +EDI: RCSFNBMARIN.COM Jan 19 2018 01:38:00      Credit One Bank,    PO Box 98872,
                 Las Vegas, NV 89193-8872
14748095        EDI: RCSDELL.COM Jan 19 2018 01:38:00      Dell Preferred Account,    PO Box 81577,
                 Austin, TX 78708
14748098       +E-mail/Text: BKRMailOPS@weltman.com Jan 19 2018 01:42:26      JB Robinson,    375 Ghent Rd.,
                 Akron, OH 44333-4601
14748099       +EDI: RMSC.COM Jan 19 2018 01:38:00      Lowes,    PO Box 956005,    Orlando, FL 32896-0001
14748100        E-mail/Text: camanagement@mtb.com Jan 19 2018 01:42:25      M&T Bank,    PO Box 900,
                 Millsboro, DE 19966
14748103        EDI: PRA.COM Jan 19 2018 01:38:00      Portfolio Recovery,    140 Corporate Blvd.,
                 Norfolk, VA 23502
14748767        EDI: PRA.COM Jan 19 2018 01:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14748107       +EDI: WTRRNBANK.COM Jan 19 2018 01:38:00      Target,    PO Box 673,    Minneapolis, MN 55440-0673
14748108       +EDI: VERIZONEAST.COM Jan 19 2018 01:38:00      Verizon,    500 Technology Drive,    Suite 300,
                 Saint Charles, MO 63304-2225
14748109        EDI: RMSC.COM Jan 19 2018 01:38:00      Walmart,    PO Box 965024,    El Paso, TX 79998
                                                                                              TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14748090*      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
14748094*      +Darlene Sninsky,    3 Shorttop Street,    Finleyville, PA 15332-9406
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2           User: bsil                  Page 2 of 2                   Date Rcvd: Jan 18, 2018
                               Form ID: 309A               Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2018 at the address(es) listed below:

      Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
       acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
      Jeffrey J. Sikirica    trusteesikirica@consolidated.net, PA59@ecfcbis.com
      Kenneth M. Steinberg    on behalf of Debtor Mark A. Sninsky julie.steidl@steidl-steinberg.com,
       kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
       Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                              TOTAL: 6